IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

PATRICIA APPLE,

    Plaintiff,

v.                                  CASE NO.:

ALL CHILDREN'S HOSPITAL, INC.,
a Florida corporation,

    Defendant.
_____/

## COMPLAINT

**COMES NOW** Plaintiff, PATRICIA APPLE, by and through her undersigned counsel, and sues the Defendant, ALL CHILDREN'S HOSPITAL, INC., a Florida corporation, and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for damages which exceed Fifteen Thousand (15,000.00) Dollars exclusive of costs and interest.

2. Venue lies within Pinellas County because a substantial part of the events giving rise to this claim arose in this Judicial District.

### PARTIES

3. At all times material herein, Plaintiff, PATRICIA APPLE, was and is a resident of Pinellas County, Florida and worked for Defendant in Pinellas County, Florida.

4. At all times material herein, Defendant, ALL CHILDREN'S HOSPITAL, INC., was and is a Florida corporation, authorized to and doing business in Pinellas County, Florida.

5. At all times material herein, Defendant was and is an employer as defined by the laws under which this action is brought.

## FACTUAL ALLEGATIONS

6. Plaintiff, PATRICIA APPLE, began her employment with Defendant in or around May 22, 2006.

7. During the course of Plaintiff's employment with Defendant, Plaintiff consistently worked hours in excess of forty (40) hours per work week and was not compensated at the rate of time and one-half time her regular hourly rate.

8. Plaintiff was a non-exempt employee of the Defendant for purposes of payment of overtime compensation for purposes of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, *et seq.*

9. Plaintiff did not directly supervise any of Defendant's employees and had no authority to hire or fire.

10. Plaintiff has retained the services of the undersigned counsel and is obligated to pay them a reasonable fee for their services.

## COUNT I
## FAIR LABOR STANDARDS ACT ("FLSA") – OVERTIME

11. Plaintiff realleges and adopts the allegations stated in paragraphs numbered 1 through 10 as if set out in full hereafter.

12. The employment of Plaintiff provided for a forty (40) hour work week but, throughout her respective employment, Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

13. At all times material herein, Defendant failed to comply with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, *et seq.*, in that Plaintiff worked for the Defendant in excess of the maximum hours provided by law, but no provision was made by Defendant to compensate Plaintiff at the rate of time and one-half her regular rate of pay for the hours worked over forty (40) in a work week.

14. Defendant's failure to pay Plaintiff the required overtime pay was knowing, intentional, and willful.

15. As a direct and legal consequence of Defendant's violations of the FLSA, Plaintiff has suffered damages by being denied overtime wages in accordance with 29 U.S.C. Section 201, *et seq.*, including Sections 207 and 216(b), including, but not limited to, the following:

    a. Overtime compensation;

    b. Liquidated damages;

    c. Prejudgment and post-judgment interest;

    d. Attorney's fees and costs;

    e. Equitable relief declaring and mandating the cessation of Defendant's unlawful pay policy; and

    f. For such other relief as this Court deems just and equitable.

**WHEREFORE,** Plaintiff, PATRICIA APPLE, demands a trial by jury and a judgment against Defendant, ALL CHILDREN'S HOSPITAL, INC., for an amount within the jurisdictional limits of this Court, to wit: more than Fifteen Thousand ($15,000.00) Dollars, plus costs interest, attorney's fees, and for such other relief to which Plaintiff may be justly entitled.

**DEMAND FOR JURY TRIAL**

16. Plaintiff, PATRICIA APPLE, request a jury trial on all issues so triable.

**DATED:** April 1, 2016.

                                            **FLORIN ROEBIG, P.A.**

                                            */s/ Christopher D. Gray*
                                            **CHRISTOPHER D. GRAY, ESQUIRE**
                                            Florida Bar No.: 902004
                                            Primary:     CDG@FlorinRoebig.com
                                            Secondary:  debbie@FlorinRoebig.com
                                            **WOLFGANG M. FLORIN, ESQUIRE**
                                            Florida Bar No.: 907804
                                            WMF@FlorinRoebig.com

**ROBIN M. OROSZ, ESQUIRE**
Florida Bar No.: 724769
ROrosz@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone (727) 786-5000
Facsimile (727) 772-9833
Attorneys for Plaintiff